# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:18-cv-00901-WMR
## MModal Services Ltd. v. Nuance Communications, Inc.
## Honorable William M Ray, II

Minute Sheet for proceedings held In Chambers on 05/06/2019.

TIME COURT COMMENCED: 11:05 A.M.
TIME COURT CONCLUDED: 11:55 A.M.
TIME IN COURT: 00:50
OFFICE LOCATION: Atlanta
COURT REPORTER: Wynette Blathers
DEPUTY CLERK: Jennifer Lee

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Stephen Bosco representing Nuance Communications, Inc. |
| | Anish Desai representing Nuance Communications, Inc. |
| | Stephen O'Donohue representing MModal Services Ltd. |
| | Charles Pannell representing Nuance Communications, Inc. |
| | Alice Snedeker representing MModal Services Ltd. |
| | Kevin Wheeler representing MModal Services Ltd. |
| PROCEEDING CATEGORY: | Telephone Conference(Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | Parties argued a discovery dispute involving timely production of witnesses for deposition and the motion to stay the case pending the patent office's review of defendant's IPR petitions. Parties informed the Court that the related litigation in Delaware is stayed until February 2020 pending the Delaware patent office's review of IPR |

petitions filed in that case. The Court stated it has reached a decision on the Motion to Dismiss and will issue an order shortly allowing one claim to proceed and dismissing one claim. The Court encourages parties to consent to a special master to assist with initial recommendations to the Court, but acknowledges this would be at the cost of the parties. Plaintiff's response in opposition to the Motion to Stay is due today, and Defendant has 48 hours to file its reply brief (on 5/8). The Court will issue a ruling on the motion to stay on Friday 5/10.

HEARING STATUS: Hearing Concluded