# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:18-cv-00901-WMR
## MModal Services Ltd. v. Nuance Communications, Inc.
## Honorable William M. Ray, II

Minute Sheet for proceedings held In Open Court on 06/16/2021.

TIME COURT COMMENCED: 9:30 A.M.
TIME COURT CONCLUDED: 11:50 A.M.   COURT REPORTER: Wynette Blathers
TIME IN COURT: 2:20   DEPUTY CLERK: Jennifer Lee
OFFICE LOCATION: Atlanta

ATTORNEY(S) PRESENT:
Meredith Addy representing Nuance Communications, Inc.
Alan Billharz representing MModal Services Ltd.
Stephen Bosco representing Nuance Communications, Inc.
David Callahan representing MModal IP LLC
David Callahan representing MModal Services Ltd.
David Callahan representing MModal, Inc.
David Callahan representing MModal, LLC
David Callahan representing Multimodal Technologies, Inc.
David Callahan representing Multimodal Technologies, LLC
Alan Devlin representing MModal Services Ltd.
Brian Ferguson representing Nuance Communications, Inc.
David Lender representing Nuance Communications, Inc.
Charles Pannell representing Nuance Communications, Inc.
Alice Snedeker representing MModal IP LLC
Alice Snedeker representing MModal Services Ltd.
Alice Snedeker representing MModal, Inc.
Alice Snedeker representing MModal, LLC
Alice Snedeker representing Multimodal Technologies, Inc.
Alice Snedeker representing Multimodal Technologies, LLC

| | |
|---|---|
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary); |
| MOTIONS RULED ON: | [181]Motion to Dismiss TAKEN UNDER ADVISEMENT<br>[181]Motion to Stay TAKEN UNDER ADVISEMENT<br>[190]Motion for Judgment on the Pleadings TAKEN UNDER ADVISEMENT<br>[216]Report and Recommendation of Special Master(non-court member) TAKEN UNDER ADVISEMENT<br>[219]Report and Recommendation of Special Master(non-court member) TAKEN UNDER ADVISEMENT |
| MINUTE TEXT: | The Court heard oral argument from counsel via Zoom video call and will issue a ruling after further review. |
| HEARING STATUS: | Hearing Concluded |